# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 29

State of North Dakota,                                    Plaintiff and Appellee

  v.

Cody Lee Littleghost,                                    Defendant and Appellant

## No. 20240199

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Reid A. Brady, Judge.

AFFIRMED.

Per Curiam.

Nicholas S. Samuelson and Brianna K. Kraft, Assistant State's Attorneys, Fargo, ND, for plaintiff and appellee; submitted on brief.

Kiara C. Kraus-Parr,  Grand Forks, ND, for defendant and appellant.

# State v. Littleghost
No. 20240199

**Per Curiam.**

[¶1]   Cody Littleghost appeals the criminal judgment entered after a jury found him guilty of robbery, accomplice to theft, and theft of a credit device. On appeal, Littleghost argues the district court erred when it denied his motion for judgment of acquittal and the jury instructions were improper because the essential elements of the robbery charge do not identify specific conduct committed by Littleghost.

[¶2]   We conclude sufficient evidence exists to support the verdict and that Littleghost waived his argument regarding the jury instructions, by responding "no objections or requests" when prompted for any objections. *State v. Goodale*, 2024 ND 120, ¶ 9, 8 N.W.3d 271 (holding claim of error waived by answering "yes" in response to inquiry whether instructions were acceptable). We affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3) and (7).

[¶3]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr